**Form 300b**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Allen David Glance** | : | Case No. 16−10888−TPA |
| **Mary Kathryn Glance** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 122 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/12/22 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     ***AND NOW,*** this ***The 26th of October, 2021***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 122 , by the Chapter 13 Trustee

     It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

     (1) ***On or before December 10, 2021***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2) This *Motion* is scheduled for hearing on ***January 12, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10888-TPA |
| Allen David Glance | Chapter 13 |
| Mary Kathryn Glance | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 5 |
| Date Rcvd: Oct 26, 2021 | Form ID: 300b | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Allen David Glance, Mary Kathryn Glance, 140 Clayton Avenue, Erie, PA 16509-1439 |
| sp | + | Ryan Carroll, Edgar Snyder & Associates, 600 Grant Street, Floor 10, Pittsburgh, PA 15219-2807 |
| 14306768 | #+ | Accont Control Systems, 85 Chestnut Ridge, Suite 113, Montvale, NJ 07645-1836 |
| 14291272 | + | Action Recovery, 2425 Thomas Road, Suite 17, Phoenix, AZ 85016-7944 |
| 14291273 | + | Adam H. Davis, Esquire, Omni William Penn Tower, 555 Grant Street, Suite 300, Pittsburgh, PA 15219-4408 |
| 14291276 | | Aspen Dental, PO Box 3126, Syracuse, NY 13220-3126 |
| 14306774 | + | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14306775 | + | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14291279 | | BMG Music Service, P.O. Box 91502, Indianapolis, IN 46291-0032 |
| 14291277 | + | Berkheimer, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14291278 | + | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14291280 | + | Bureau Of Collection R, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| 14291282 | + | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14291283 | | Clinical Assoc in Radiology, P.C., PO Box 49, Pittsburgh, PA 15230-0049 |
| 14291284 | + | Commercial Acceptance, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14291285 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14291286 | + | ENT Specialists of Northwestern PA, INC, 3580 Peach Street, Erie, PA 16508-2776 |
| 14291287 | + | Erie City School District, 148 West 21st Street, Erie, PA 16502-2834 |
| 14291288 | + | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 14306787 | + | Erie Water Works, 340 West Bayfront Parkway, PO Box 6179, Erie, PA 16512-6179 |
| 14291289 | | First National Collection Bureau, 610 William Way, Sparks, NV 89434 |
| 14306791 | + | Guideposts, PO Box 5831, Harlan, IA 51593-1331 |
| 14291292 | + | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 14291296 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Associates, Inc., P.O. Box 519, Sauk Rapids, MN 56379-0519 |
| 14291298 | + | Matthew Brushwood, Esquire, Phelan Hallinan LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 360, Pittsburgh, PA 15219-4411 |
| 14306799 | + | MedCare Equipment, PO Box 5029, Greensburg, PA 15601-5058 |
| 14291302 | + | Nh Northeast Cr Svcs, 41 Simon St, Nashua, NH 03060-3091 |
| 14306804 | #+ | North Shore Agency, PO Box 9205, Old Bethpage, NY 11804-9005 |
| 14291303 | + | Northland Goup, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14291304 | + | Northwest Consumer Discount, 3307 Liberty St, Erie, PA 16508-2558 |
| 14291305 | + | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14335591 | + | Penelec, c/o FirstEnergy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14291310 | + | Revenue Group, 3700 Park East Dr Ste 24, Beachwood, OH 44122-4305 |
| 14291311 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14291312 | + | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14306817 | | Shop Now Pay Later, PO Box 2852, Erie, PA 16509 |
| 14291313 | #+ | Spartan Financial, 13730 S Point Blvd, Charlotte, NC 28273-7715 |
| 14306822 | + | TW Northeast Ohio Division, C/O Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |

| 14291315 | + | Tribute, PO Box 790193, Saint Louis, MO 63179-0193 |
| 14364841 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14291316 | + | UPMC Hamot, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14363714 | | UPMC Hamot, PO Box 1123, Minneapolis MN 55440-1123 |
| 14291317 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14306825 | + | Van Ru Credit, 1350 E. Touhy Avenue, Suite 300 E, Des Plaines, IL 60018-3342 |
| 14291319 | | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14337656 | + | Wells Fargo Bank, NA, Default Documents Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14291320 | + | Wells Fargo Home Mortgage, 405 Sw 5th St, Des Moines, IA 50309-4675 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2021 23:35:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:22 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291274 | + | Email/Text: EBNProcessing@afni.com | Oct 26 2021 23:36:00 | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 14291281 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Oct 26 2021 23:35:00 | Ccs/Cortrust Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14645317 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2021 23:35:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14291290 | + | Email/Text: Banko@frontlineas.com | Oct 26 2021 23:36:00 | Frontline Asset Strategies, LLC, 1935 West County Road B2, Suite 425, Saint Paul, MN 55113-2795 |
| 14291291 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:09 | GE Money, PO Box 960013, Orlando, FL 32896-0013 |
| 14291293 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2021 23:35:00 | Internal Revenue Service, Insolvency Unit, P.O Box 628, Pittsburgh, PA 15230 |
| 14291297 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2021 23:36:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 15400584 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Oct 26 2021 23:47:18 | MidFirst Bank,, Attn: Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14291299 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2021 23:35:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14291300 | + | Email/Text: Bankruptcy@natfuel.com | Oct 26 2021 23:35:00 | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 14291301 | + | Email/Text: Bankruptcies@nragroup.com | Oct 26 2021 23:36:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14291306 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2021 23:47:33 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14291307 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2021 23:47:21 | Pra Receivables Management, LLC, As Agent of Portfolio Recovery Assocs., P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14291308 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2021 23:35:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14292233 | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:32 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291309 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 26 2021 23:47:34 | Regional Acceptance Corporation, P.O. Box 1847, |

| | | | Wilson, NC 27894-1847 |
| 14291314 | | Email/Text: amieg@stcol.com | |
| | | Oct 26 2021 23:35:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14306816 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Oct 26 2021 23:36:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14306822 | + | Email/Text: EBN@thecmigroup.com | |
| | | Oct 26 2021 23:35:00 | TW Northeast Ohio Division, C/O Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |
| 14306820 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | |
| | | Oct 26 2021 23:36:00 | Time Warner Cable, P.O. Box 0901, Carol Stream, IL 60132-0901 |
| 14291318 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Oct 26 2021 23:35:00 | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Regional Acceptance Corporation |
| cr | | Wells Fargo Bank, N.A. |
| cr | | Wells Fargo Bank, NA |
| 14306769 | *+ | Action Recovery, 2425 Thomas Road, Suite 17, Phoenix, AZ 85016-7944 |
| 14306770 | *+ | Adam H. Davis, Esquire, Omni William Penn Tower, 555 Grant Street, Suite 300, Pittsburgh, PA 15219-4408 |
| 14306771 | *+ | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 14306772 | * | Anesthesia Consultants of Erie, PO Box 1149, Erie, PA 16512-1149 |
| 14306773 | * | Aspen Dental, PO Box 3126, Syracuse, NY 13220-3126 |
| 14306778 | * | BMG Music Service, P.O. Box 91502, Indianapolis, IN 46291-0032 |
| 14306776 | *+ | Berkheimer, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14306777 | *+ | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14306779 | *+ | Bureau Of Collection R, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| 14306780 | *P++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030, address filed with court:, Ccs/Cortrust Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14306781 | *+ | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14306782 | * | Clinical Assoc in Radiology, P.C., PO Box 49, Pittsburgh, PA 15230-0049 |
| 14306783 | *+ | Commercial Acceptance, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14306784 | *+ | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14306785 | *+ | ENT Specialists of Northwestern PA, INC, 3580 Peach Street, Erie, PA 16508-2776 |
| 14306786 | *+ | Erie City School District, 148 West 21st Street, Erie, PA 16502-2834 |
| 14306788 | * | First National Collection Bureau, 610 William Way, Sparks, NV 89434 |
| 14306789 | *+ | Frontline Asset Strategies, LLC, 1935 West County Road B2, Suite 425, Saint Paul, MN 55113-2795 |
| 14306790 | *+ | GE Money, PO Box 960013, Orlando, FL 32896-0013 |
| 14306792 | *+ | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 14291294 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14306794 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14306793 | * | Internal Revenue Service, Insolvency Unit, P.O Box 628, Pittsburgh, PA 15230 |
| 14291295 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14306795 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14306796 | *P++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519, address filed with court:, J.C. Christensen & Associates, Inc., P.O. Box 519, Sauk Rapids, MN 56379-0519 |
| 14306797 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14306798 | *+ | Matthew Brushwood, Esquire, Phelan Hallinan LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 360, Pittsburgh, PA 15219-4411 |
| 14306800 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14306801 | *+ | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 14306802 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14306803 | *+ | Nh Northeast Cr Svcs, 41 Simon St, Nashua, NH 03060-3091 |
| 14306805 | *+ | Northland Goup, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14306806 | *+ | Northwest Consumer Discount, 3307 Liberty St, Erie, PA 16508-2558 |

| 14306808 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14306807 | *+ | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14306809 | *+ | Pra Receivables Management, LLC, As Agent of Portfolio Recovery Assocs., P.O. Box 41067, Norfolk, VA, 23541-1067 |
| 14306810 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14306811 | * | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14308971 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14306812 | *+ | Revenue Group, 3700 Park East Dr Ste 24, Beachwood, OH 44122-4305 |
| 14306819 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14306813 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14306815 | *+ | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14306818 | *+ | Spartan Financial, 13730 S Point Blvd, Charlotte, NC 28273-7715 |
| 14306821 | *+ | Tribute, PO Box 790193, Saint Louis, MO 63179-0193 |
| 14306823 | *+ | UPMC Hamot, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14306824 | * | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14306826 | *+ | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |
| 14306827 | * | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14306828 | *+ | Wells Fargo Home Mortgage, 405 Sw 5th St, Des Moines, IA 50309-4675 |
| 14291275 | ## | Anesthesia Consultants of Erie, PO Box 1149, Erie, PA 16512-1149 |
| 14306814 | ##+ | Saint Vincent Institute, 3530 Peach Street LL1, Erie, PA 16508-2768 |

TOTAL: 4 Undeliverable, 51 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Keri P. Ebeck | |
| | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | |
| | on behalf of Creditor MidFirst Bank mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | |
| | on behalf of Debtor Allen David Glance ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | |
| | on behalf of Joint Debtor Mary Kathryn Glance ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Robert P. Wendt | |
| | on behalf of Creditor Wells Fargo Bank  NA pawb@fedphe.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1                           User: agro                              Page 5 of 5
Date Rcvd: Oct 26, 2021                        Form ID: 300b                           Total Noticed: 69

William E. Craig

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9