**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   ALLEN DAVID GLANCE
   MARY KATHRYN GLANCE
         Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:16-10888 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/19/2016 and confirmed on 12/8/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,065.20 |
| Less Refunds to Debtor | 2,032.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,032.63 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,200.00 | |
|    Trustee Fee | 4,912.07 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,112.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK | 0.00 | 46,425.77 | 0.00 | 46,425.77 |
|     Acct: 5882 | | | | |
|   MIDFIRST BANK | 5,111.57 | 5,111.57 | 0.00 | 5,111.57 |
|     Acct: 5882 | | | | |
|   ERIE WATER WORKS* | 1,695.28 | 1,695.28 | 0.00 | 1,695.28 |
|     Acct: 8640 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CO | 6,125.00 | 6,125.00 | 0.00 | 6,125.00 |
|     Acct: 3776 | | | | |
|   REGIONAL ACCEPTANCE CORP | 1,731.41 | 1,731.41 | 569.71 | 2,301.12 |
|     Acct: 5273 | | | | |
| | | | | 61,658.74 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLEN DAVID GLANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLEN DAVID GLANCE | 2,032.57 | 2,032.57 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-17 | | | | |
|   INTERNAL REVENUE SERVICE* | 269.76 | 269.76 | 0.00 | 269.76 |
|     Acct: 4331 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 25,093.60 | 0.00 | 25,093.60 |
|     Acct: 9536 | | | | |
| | | | | 25,363.36 |
| **Unsecured** | | | | |
|   ACCOUNT CONTROL SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7123 | | | | |
|   ACTION RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 3739 | | | | |
| | AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2734 | | | | |
| | AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6724 | | | | |
| | ASSOCIATED CLINICAL LABORATORIES+ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3675 | | | | |
| | BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3983 | | | | |
| | BUR COL RECO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5613 | | | | |
| | CORTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6158 | | | | |
| | FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2956 | | | | |
| | COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1565 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1350 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8081 | | | | |
| | ENT SPECIALISTS OF NW PA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7603 | | | | |
| | ERIE WATER WORKS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8640 | | | | |
| | FRONTLINE ASSET STRATEGIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1927 | | | | |
| | CREDITOR INFORMATION MISSING OR V. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GUIDE POSTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5068 | | | | |
| | HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1408 | | | | |
| | J C CHRISTENSEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MEDCARE EQUIPMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6757 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2052 | | | | |
| | NATIONAL FUEL GAS DISTRIB CORP | 2,029.20 | 2,029.20 | 0.00 | 2,029.20 |
| | Acct: 5201 | | | | |
| | NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5820 | | | | |
| | NHNE CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0737 | | | | |
| | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0335 | | | | |
| | NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 0001 | | | | |
|     NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|     PENELEC/FIRST ENERGY** | 799.74 | 799.74 | 0.00 | 799.74 |
|     Acct: 2644 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     REVENUE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8457 | | | | |
|     ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8813 | | | | |
|     SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|     SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1570 | | | | |
|     SHOP NOW PAY PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5252 | | | | |
|     SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9679 | | | | |
|     STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3732 | | | | |
|     TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7001 | | | | |
|     TRIBUTE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5308 | | | | |
|     CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5816 | | | | |
|     UPMC HAMOT | 1,012.97 | 1,012.97 | 0.00 | 1,012.97 |
|     Acct: 3983 | | | | |
|     UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     VAN RU CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8085 | | | | |
|     VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4142 | | | | |
|     ANESTHESIA CONSULTANTS OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ASPEN DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ANESTHESIA CONSULTANTS OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     BMG MUSIC SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     CLINICAL ASSOCIATES IN RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| ERIE CITY SCHOOL DISTRICT** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GEMB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 86.13 | 86.13 | 0.00 | 86.13 |
| Acct: 4331 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 398.91 | 398.91 | 0.00 | 398.91 |
| Acct: 3776 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 126.35 | 126.35 | 0.00 | 126.35 |
| Acct: 3776 | | | | |
| UPMC HAMOT | 302.06 | 302.06 | 0.00 | 302.06 |
| Acct: 4331 | | | | |
| UPMC COMMUNITY MEDICINE | 143.10 | 143.10 | 0.00 | 143.10 |
| Acct: 3983 | | | | |
| MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,898.46 |

TOTAL PAID TO CREDITORS                                                          91,920.56

TOTAL CLAIMED
PRIORITY          269.76
SECURED        14,663.26
UNSECURED      4,898.46

Date: 10/25/2021                                          /s/ Ronda J. Winnecour
                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ALLEN DAVID GLANCE<br>    MARY KATHRYN GLANCE<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>      vs.<br>    No Repondents. | Case No.:16-10888 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10888-TPA |
| Allen David Glance | Chapter 13 |
| Mary Kathryn Glance | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 5 |
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Allen David Glance, Mary Kathryn Glance, 140 Clayton Avenue, Erie, PA 16509-1439 |
| sp | + | Ryan Carroll, Edgar Snyder & Associates, 600 Grant Street, Floor 10, Pittsburgh, PA 15219-2807 |
| 14306768 | #+ | Accont Control Systems, 85 Chestnut Ridge, Suite 113, Montvale, NJ 07645-1836 |
| 14291272 | + | Action Recovery, 2425 Thomas Road, Suite 17, Phoenix, AZ 85016-7944 |
| 14291273 | + | Adam H. Davis, Esquire, Omni William Penn Tower, 555 Grant Street, Suite 300, Pittsburgh, PA 15219-4408 |
| 14291276 | | Aspen Dental, PO Box 3126, Syracuse, NY 13220-3126 |
| 14306774 | + | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14306775 | + | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14291279 | | BMG Music Service, P.O. Box 91502, Indianapolis, IN 46291-0032 |
| 14291277 | + | Berkheimer, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14291278 | + | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14291280 | + | Bureau Of Collection R, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| 14291282 | + | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14291283 | | Clinical Assoc in Radiology, P.C., PO Box 49, Pittsburgh, PA 15230-0049 |
| 14291284 | + | Commercial Acceptance, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14291285 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14291286 | + | ENT Specialists of Northwestern PA, INC, 3580 Peach Street, Erie, PA 16508-2776 |
| 14291287 | + | Erie City School District, 148 West 21st Street, Erie, PA 16502-2834 |
| 14291288 | + | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 14306787 | + | Erie Water Works, 340 West Bayfront Parkway, PO Box 6179, Erie, PA 16512-6179 |
| 14291289 | | First National Collection Bureau, 610 William Way, Sparks, NV 89434 |
| 14306791 | + | Guideposts, PO Box 5831, Harlan, IA 51593-1331 |
| 14291292 | + | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 14291296 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Associates, Inc., P.O. Box 519, Sauk Rapids, MN 56379-0519 |
| 14291298 | + | Matthew Brushwood, Esquire, Phelan Hallinan LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 360, Pittsburgh, PA 15219-4411 |
| 14306799 | + | MedCare Equipment, PO Box 5029, Greensburg, PA 15601-5058 |
| 14291302 | + | Nh Northeast Cr Svcs, 41 Simon St, Nashua, NH 03060-3091 |
| 14306804 | #+ | North Shore Agency, PO Box 9205, Old Bethpage, NY 11804-9005 |
| 14291303 | + | Northland Goup, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14291304 | + | Northwest Consumer Discount, 3307 Liberty St, Erie, PA 16508-2558 |
| 14291305 | + | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14335591 | + | Penelec, c/o FirstEnergy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14291310 | + | Revenue Group, 3700 Park East Dr Ste 24, Beachwood, OH 44122-4305 |
| 14291311 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14291312 | + | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14306817 | | Shop Now Pay Later, PO Box 2852, Erie, PA 16509 |
| 14291313 | #+ | Spartan Financial, 13730 S Point Blvd, Charlotte, NC 28273-7715 |
| 14306822 | + | TW Northeast Ohio Division, C/O Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |

| | | |
|---|---|---|
| 14291315 | + | Tribute, PO Box 790193, Saint Louis, MO 63179-0193 |
| 14364841 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14291316 | + | UPMC Hamot, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14363714 | | UPMC Hamot, PO Box 1123, Minneapolis MN 55440-1123 |
| 14291317 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14306825 | + | Van Ru Credit, 1350 E. Touhy Avenue, Suite 300 E, Des Plaines, IL 60018-3342 |
| 14291319 | | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14337656 | + | Wells Fargo Bank, NA, Default Documents Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14291320 | + | Wells Fargo Home Mortgage, 405 Sw 5th St, Des Moines, IA 50309-4675 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2021 23:35:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:33 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291274 | + | Email/Text: EBNProcessing@afni.com | Oct 26 2021 23:36:00 | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 14291281 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Oct 26 2021 23:35:00 | Ccs/Cortrust Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14645317 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2021 23:35:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14291290 | + | Email/Text: Banko@frontlineas.com | Oct 26 2021 23:36:00 | Frontline Asset Strategies, LLC, 1935 West County Road B2, Suite 425, Saint Paul, MN 55113-2795 |
| 14291291 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:08 | GE Money, PO Box 960013, Orlando, FL 32896-0013 |
| 14291293 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2021 23:35:00 | Internal Revenue Service, Insolvency Unit, P.O Box 628, Pittsburgh, PA 15230 |
| 14291297 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2021 23:36:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 15400584 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Oct 27 2021 10:04:28 | MidFirst Bank,, Attn: Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14291299 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2021 23:35:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14291300 | + | Email/Text: Bankruptcy@natfuel.com | Oct 26 2021 23:35:00 | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 14291301 | + | Email/Text: Bankruptcies@nragroup.com | Oct 26 2021 23:36:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14291306 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2021 23:47:11 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14291307 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2021 23:47:11 | Pra Receivables Management, LLC, As Agent of Portfolio Recovery Assocs., P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14291308 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2021 23:35:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14292233 | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:22 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291309 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 26 2021 23:47:34 | Regional Acceptance Corporation, P.O. Box 1847, |

Case 16-10888-TPA   Doc 125   Filed 10/28/21   Entered 10/29/21 00:33:36   Desc
Imaged Certificate of Notice   Page 9 of 11

| District/off: 0315-1 | User: agro | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | | Wilson, NC 27894-1847 |
| 14291314 | | Email/Text: amieg@stcol.com | Oct 26 2021 23:35:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14306816 | + | Email/Text: bankruptcy@sccompanies.com | Oct 26 2021 23:36:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14306822 | + | Email/Text: EBN@thecmigroup.com | Oct 26 2021 23:35:00 | TW Northeast Ohio Division, C/O Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |
| 14306820 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | Oct 26 2021 23:36:00 | Time Warner Cable, P.O. Box 0901, Carol Stream, IL 60132-0901 |
| 14291318 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2021 23:35:00 | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Regional Acceptance Corporation |
| cr | | Wells Fargo Bank, N.A. |
| cr | | Wells Fargo Bank, NA |
| 14306769 | *+ | Action Recovery, 2425 Thomas Road, Suite 17, Phoenix, AZ 85016-7944 |
| 14306770 | *+ | Adam H. Davis, Esquire, Omni William Penn Tower, 555 Grant Street, Suite 300, Pittsburgh, PA 15219-4408 |
| 14306771 | *+ | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 14306772 | * | Anesthesia Consultants of Erie, PO Box 1149, Erie, PA 16512-1149 |
| 14306773 | * | Aspen Dental, PO Box 3126, Syracuse, NY 13220-3126 |
| 14306778 | * | BMG Music Service, P.O. Box 91502, Indianapolis, IN 46291-0032 |
| 14306776 | *+ | Berkheimer, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14306777 | *+ | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14306779 | *+ | Bureau Of Collection R, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| 14306780 | *P++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030, address filed with court:, Ccs/Cortrust Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14306781 | *+ | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14306782 | * | Clinical Assoc in Radiology, P.C., PO Box 49, Pittsburgh, PA 15230-0049 |
| 14306783 | *+ | Commercial Acceptance, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14306784 | *+ | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14306785 | *+ | ENT Specialists of Northwestern PA, INC, 3580 Peach Street, Erie, PA 16508-2776 |
| 14306786 | *+ | Erie City School District, 148 West 21st Street, Erie, PA 16502-2834 |
| 14306788 | * | First National Collection Bureau, 610 William Way, Sparks, NV 89434 |
| 14306789 | *+ | Frontline Asset Strategies, LLC, 1935 West County Road B2, Suite 425, Saint Paul, MN 55113-2795 |
| 14306790 | *+ | GE Money, PO Box 960013, Orlando, FL 32896-0013 |
| 14306792 | *+ | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 14291294 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14306794 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14306793 | * | Internal Revenue Service, Insolvency Unit, P.O Box 628, Pittsburgh, PA 15230 |
| 14291295 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14306795 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14306796 | *P++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519, address filed with court:, J.C. Christensen & Associates, Inc., P.O. Box 519, Sauk Rapids, MN 56379-0519 |
| 14306797 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14306798 | *+ | Matthew Brushwood, Esquire, Phelan Hallinan LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 360, Pittsburgh, PA 15219-4411 |
| 14306800 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14306801 | *+ | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 14306802 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14306803 | *+ | Nh Northeast Cr Svcs, 41 Simon St, Nashua, NH 03060-3091 |
| 14306805 | *+ | Northland Goup, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14306806 | *+ | Northwest Consumer Discount, 3307 Liberty St, Erie, PA 16508-2558 |

| District/off: 0315-1 | User: agro | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 69 |

| | | |
|---|---|---|
| 14306808 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14306807 | *+ | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14306809 | *+ | Pra Receivables Management, LLC, As Agent of Portfolio Recovery Assocs., P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14306810 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14306811 | * | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14308971 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14306812 | *+ | Revenue Group, 3700 Park East Dr Ste 24, Beachwood, OH 44122-4305 |
| 14306819 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14306813 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14306815 | *+ | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14306818 | *+ | Spartan Financial, 13730 S Point Blvd, Charlotte, NC 28273-7715 |
| 14306821 | *+ | Tribute, PO Box 790193, Saint Louis, MO 63179-0193 |
| 14306823 | *+ | UPMC Hamot, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14306824 | * | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14306826 | *+ | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |
| 14306827 | * | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14306828 | *+ | Wells Fargo Home Mortgage, 405 Sw 5th St, Des Moines, IA 50309-4675 |
| 14291275 | ## | Anesthesia Consultants of Erie, PO Box 1149, Erie, PA 16512-1149 |
| 14306814 | ##+ | Saint Vincent Institute, 3530 Peach Street LL1, Erie, PA 16508-2768 |

TOTAL: 4 Undeliverable, 51 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Keri P. Ebeck
                on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
                on behalf of Creditor MidFirst Bank mmiksich@kmllawgroup.com

Mario J. Hanyon
                on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
                on behalf of Debtor Allen David Glance ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
                on behalf of Joint Debtor Mary Kathryn Glance ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Robert P. Wendt
                on behalf of Creditor Wells Fargo Bank  NA pawb@fedphe.com

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 5 of 5 |
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 69 |

William E. Craig
                on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
                mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9