| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Allen David Glance** | Social Security number or ITIN  xxx–xx–4331 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Kathryn Glance** | Social Security number or ITIN  xxx–xx–3983 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–10888–TPA** | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Allen David Glance                                   Mary Kathryn Glance

12/23/21                                **By the court:**   Thomas P. Agresti
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 16-10888-TPA
Allen David Glance  Chapter 13
Mary Kathryn Glance
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 5
Date Rcvd: Dec 23, 2021     Form ID: 3180W     Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Allen David Glance, Mary Kathryn Glance, 140 Clayton Avenue, Erie, PA 16509-1439 |
| sp | + | Ryan Carroll, Edgar Snyder & Associates, 600 Grant Street, Floor 10, Pittsburgh, PA 15219-2807 |
| 14291272 | + | Action Recovery, 2425 Thomas Road, Suite 17, Phoenix, AZ 85016-7944 |
| 14291273 | + | Adam H. Davis, Esquire, Omni William Penn Tower, 555 Grant Street, Suite 300, Pittsburgh, PA 15219-4408 |
| 14291276 | | Aspen Dental, PO Box 3126, Syracuse, NY 13220-3126 |
| 14306774 | + | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14306775 | + | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14291279 | | BMG Music Service, P.O. Box 91502, Indianapolis, IN 46291-0032 |
| 14291277 | + | Berkheimer, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14291278 | + | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14291280 | + | Bureau Of Collection R, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| 14291282 | + | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14291283 | | Clinical Assoc in Radiology, P.C., PO Box 49, Pittsburgh, PA 15230-0049 |
| 14291284 | + | Commercial Acceptance, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14291285 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14291286 | + | ENT Specialists of Northwestern PA, INC, 3580 Peach Street, Erie, PA 16508-2776 |
| 14291287 | + | Erie City School District, 148 West 21st Street, Erie, PA 16502-2834 |
| 14291288 | + | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 14306787 | + | Erie Water Works, 340 West Bayfront Parkway, PO Box 6179, Erie, PA 16512-6179 |
| 14291289 | | First National Collection Bureau, 610 William Way, Sparks, NV 89434 |
| 14306791 | + | Guideposts, PO Box 5831, Harlan, IA 51593-1331 |
| 14291292 | + | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 14291296 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Associates, Inc., P.O. Box 519, Sauk Rapids, MN 56379-0519 |
| 14291298 | + | Matthew Brushwood, Esquire, Phelan Hallinan LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 360, Pittsburgh, PA 15219-4411 |
| 14306799 | + | MedCare Equipment, PO Box 5029, Greensburg, PA 15601-5058 |
| 14291302 | + | Nh Northeast Cr Svcs, 41 Simon St, Nashua, NH 03060-3091 |
| 14306804 | #+ | North Shore Agency, PO Box 9205, Old Bethpage, NY 11804-9005 |
| 14291303 | + | Northland Goup, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14291304 | + | Northwest Consumer Discount, 3307 Liberty St, Erie, PA 16508-2558 |
| 14291305 | + | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14335591 | + | Penelec, c/o FirstEnergy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14291310 | + | Revenue Group, 3700 Park East Dr Ste 24, Beachwood, OH 44122-4305 |
| 14291311 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14306817 | | Shop Now Pay Later, PO Box 2852, Erie, PA 16509 |
| 14291313 | #+ | Spartan Financial, 13730 S Point Blvd, Charlotte, NC 28273-7715 |
| 14291315 | + | Tribute, PO Box 790193, Saint Louis, MO 63179-0193 |
| 14364841 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14291316 | + | UPMC Hamot, PO Box 382059, Pittsburgh, PA 15250-0001 |

| District/off: 0315-1 | User: dpas | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | |
|---|---|---|
| 14363714 | | UPMC Hamot, PO Box 1123, Minneapolis MN 55440-1123 |
| 14291317 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14306825 | + | Van Ru Credit, 1350 E. Touhy Avenue, Suite 300 E, Des Plaines, IL 60018-3342 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 24 2021 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 23 2021 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 24 2021 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 23 2021 22:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 23 2021 22:37:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| cr | | EDI: RECOVERYCORP.COM | Dec 24 2021 03:38:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291274 | + | EDI: AFNIRECOVERY.COM | Dec 24 2021 03:38:00 | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 14291281 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Dec 23 2021 22:38:00 | Ccs/Cortrust Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14645317 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 23 2021 22:37:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14291290 | + | Email/Text: Banko@frontlineas.com | Dec 23 2021 22:38:00 | Frontline Asset Strategies, LLC, 1935 West County Road B2, Suite 425, Saint Paul, MN 55113-2795 |
| 14291291 | + | EDI: RMSC.COM | Dec 24 2021 03:38:00 | GE Money, PO Box 960013, Orlando, FL 32896-0013 |
| 14291293 | | EDI: IRS.COM | Dec 24 2021 03:38:00 | Internal Revenue Service, Insolvency Unit, P.O Box 628, Pittsburgh, PA 15230 |
| 14291297 | | EDI: JEFFERSONCAP.COM | Dec 24 2021 03:38:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 15400584 | + | EDI: AISMIDFIRST | Dec 24 2021 03:38:00 | MidFirst Bank,, Attn: Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14291299 | + | EDI: MID8.COM | Dec 24 2021 03:38:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14291300 | + | Email/Text: Bankruptcy@natfuel.com | Dec 23 2021 22:38:00 | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 14291301 | + | Email/Text: Bankruptcies@nragroup.com | Dec 23 2021 22:38:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14291306 | | EDI: PRA.COM | Dec 24 2021 03:38:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14291307 | + | EDI: PRA.COM | Dec 24 2021 03:38:00 | Pra Receivables Management, LLC, As Agent of |

| District/off: 0315-1 | User: dpas | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: 3180W | Total Noticed: 70 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Portfolio Recovery Assocs., P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14291308 | | EDI: Q3G.COM | Dec 24 2021 03:38:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14292233 | | EDI: RECOVERYCORP.COM | Dec 24 2021 03:38:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291309 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 23 2021 22:46:58 | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14291314 | | Email/Text: amieg@stcol.com | Dec 23 2021 22:38:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14291312 | + | EDI: DRIV.COM | Dec 24 2021 03:38:00 | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14306816 | + | EDI: CBS7AVE | Dec 24 2021 03:38:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14306822 | + | EDI: CMIGROUP.COM | Dec 24 2021 03:38:00 | TW Northeast Ohio Division, C/O Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |
| 14306820 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | Dec 23 2021 22:38:00 | Time Warner Cable, P.O. Box 0901, Carol Stream, IL 60132-0901 |
| 14291318 | + | EDI: VERIZONCOMB.COM | Dec 24 2021 03:38:00 | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |
| 14291319 | | EDI: WFFC.COM | Dec 24 2021 03:38:00 | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14337656 | + | EDI: WFFC.COM | Dec 24 2021 03:38:00 | Wells Fargo Bank, NA, Default Documents Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14291320 | + | EDI: WFFC.COM | Dec 24 2021 03:38:00 | Wells Fargo Home Mortgage, 405 Sw 5th St, Des Moines, IA 50309-4675 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Regional Acceptance Corporation |
| cr | | Wells Fargo Bank, N.A. |
| cr | | Wells Fargo Bank, NA |
| 14306769 | *+ | Action Recovery, 2425 Thomas Road, Suite 17, Phoenix, AZ 85016-7944 |
| 14306770 | *+ | Adam H. Davis, Esquire, Omni William Penn Tower, 555 Grant Street, Suite 300, Pittsburgh, PA 15219-4408 |
| 14306771 | *+ | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 14306772 | * | Anesthesia Consultants of Erie, PO Box 1149, Erie, PA 16512-1149 |
| 14306773 | * | Aspen Dental, PO Box 3126, Syracuse, NY 13220-3126 |
| 14306778 | * | BMG Music Service, P.O. Box 91502, Indianapolis, IN 46291-0032 |
| 14306776 | *+ | Berkheimer, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14306777 | *+ | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14306779 | *+ | Bureau Of Collection R, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| 14306780 | *P++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030, address filed with court:, Ccs/Cortrust Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14306781 | *+ | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14306782 | * | Clinical Assoc in Radiology, P.C., PO Box 49, Pittsburgh, PA 15230-0049 |
| 14306783 | *+ | Commercial Acceptance, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14306784 | *+ | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14306785 | *+ | ENT Specialists of Northwestern PA, INC, 3580 Peach Street, Erie, PA 16508-2776 |
| 14306786 | *+ | Erie City School District, 148 West 21st Street, Erie, PA 16502-2834 |

| District/off: 0315-1 | User: dpas | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | |
|---|---|---|
| 14306788 | * | First National Collection Bureau, 610 William Way, Sparks, NV 89434 |
| 14306789 | *+ | Frontline Asset Strategies, LLC, 1935 West County Road B2, Suite 425, Saint Paul, MN 55113-2795 |
| 14306790 | *+ | GE Money, PO Box 960013, Orlando, FL 32896-0013 |
| 14306792 | *+ | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 14291294 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14306794 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14306793 | * | Internal Revenue Service, Insolvency Unit, P.O Box 628, Pittsburgh, PA 15230 |
| 14291295 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14306795 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14306796 | *P++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519, address filed with court:, J.C. Christensen & Associates, Inc., P.O. Box 519, Sauk Rapids, MN 56379-0519 |
| 14306797 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14306798 | *+ | Matthew Brushwood, Esquire, Phelan Hallinan LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 360, Pittsburgh, PA 15219-4411 |
| 14306800 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14306801 | *+ | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 14306802 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14306803 | *+ | Nh Northeast Cr Svcs, 41 Simon St, Nashua, NH 03060-3091 |
| 14306805 | *+ | Northland Goup, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14306806 | *+ | Northwest Consumer Discount, 3307 Liberty St, Erie, PA 16508-2558 |
| 14306808 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14306807 | *+ | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14306809 | *+ | Pra Receivables Management, LLC, As Agent of Portfolio Recovery Assocs., P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14306810 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14306811 | * | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14308971 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14306812 | *+ | Revenue Group, 3700 Park East Dr Ste 24, Beachwood, OH 44122-4305 |
| 14306819 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14306813 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14306815 | *+ | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14306818 | *+ | Spartan Financial, 13730 S Point Blvd, Charlotte, NC 28273-7715 |
| 14306821 | *+ | Tribute, PO Box 790193, Saint Louis, MO 63179-0193 |
| 14306823 | *+ | UPMC Hamot, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14306824 | * | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14306826 | *+ | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |
| 14306827 | * | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14306828 | *+ | Wells Fargo Home Mortgage, 405 Sw 5th St, Des Moines, IA 50309-4675 |
| 14306768 | ##+ | Accont Control Systems, 85 Chestnut Ridge, Suite 113, Montvale, NJ 07645-1836 |
| 14291275 | ## | Anesthesia Consultants of Erie, PO Box 1149, Erie, PA 16512-1149 |
| 14306814 | ##+ | Saint Vincent Institute, 3530 Peach Street LL1, Erie, PA 16508-2768 |

TOTAL: 4 Undeliverable, 51 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021            Signature:            /s/Joseph Speetjens

District/off: 0315-1 User: dpas Page 5 of 5
Date Rcvd: Dec 23, 2021 Form ID: 3180W Total Noticed: 70

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor MidFirst Bank mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Allen David Glance ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Mary Kathryn Glance ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Robert P. Wendt | on behalf of Creditor Wells Fargo Bank NA pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9