**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/23/21 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ALLEN DAVID GLANCE
MARY KATHRYN GLANCE
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-10888 TPA

Chapter 13

Document No.: 122

ORDER OF COURT

  AND NOW, this 23rd day of December, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10888-TPA |
| Allen David Glance | Chapter 13 |
| Mary Kathryn Glance | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 5 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Allen David Glance, Mary Kathryn Glance, 140 Clayton Avenue, Erie, PA 16509-1439 |
| sp | + | Ryan Carroll, Edgar Snyder & Associates, 600 Grant Street, Floor 10, Pittsburgh, PA 15219-2807 |
| 14291272 | + | Action Recovery, 2425 Thomas Road, Suite 17, Phoenix, AZ 85016-7944 |
| 14291273 | + | Adam H. Davis, Esquire, Omni William Penn Tower, 555 Grant Street, Suite 300, Pittsburgh, PA 15219-4408 |
| 14291276 | | Aspen Dental, PO Box 3126, Syracuse, NY 13220-3126 |
| 14306774 | + | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14306775 | + | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14291279 | | BMG Music Service, P.O. Box 91502, Indianapolis, IN 46291-0032 |
| 14291277 | + | Berkheimer, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14291278 | + | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14291280 | + | Bureau Of Collection R, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| 14291282 | + | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14291283 | | Clinical Assoc in Radiology, P.C., PO Box 49, Pittsburgh, PA 15230-0049 |
| 14291284 | + | Commercial Acceptance, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14291285 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14291286 | + | ENT Specialists of Northwestern PA, INC, 3580 Peach Street, Erie, PA 16508-2776 |
| 14291287 | + | Erie City School District, 148 West 21st Street, Erie, PA 16502-2834 |
| 14291288 | + | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 14306787 | + | Erie Water Works, 340 West Bayfront Parkway, PO Box 6179, Erie, PA 16512-6179 |
| 14291289 | | First National Collection Bureau, 610 William Way, Sparks, NV 89434 |
| 14306791 | + | Guideposts, PO Box 5831, Harlan, IA 51593-1331 |
| 14291292 | + | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 14291296 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Associates, Inc., P.O. Box 519, Sauk Rapids, MN 56379-0519 |
| 14291298 | + | Matthew Brushwood, Esquire, Phelan Hallinan LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 360, Pittsburgh, PA 15219-4411 |
| 14306799 | + | MedCare Equipment, PO Box 5029, Greensburg, PA 15601-5058 |
| 14291302 | + | Nh Northeast Cr Svcs, 41 Simon St, Nashua, NH 03060-3091 |
| 14306804 | #+ | North Shore Agency, PO Box 9205, Old Bethpage, NY 11804-9005 |
| 14291303 | + | Northland Goup, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14291304 | + | Northwest Consumer Discount, 3307 Liberty St, Erie, PA 16508-2558 |
| 14291305 | + | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14335591 | + | Penelec, c/o FirstEnergy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14291310 | + | Revenue Group, 3700 Park East Dr Ste 24, Beachwood, OH 44122-4305 |
| 14291311 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14306817 | | Shop Now Pay Later, PO Box 2852, Erie, PA 16509 |
| 14291313 | #+ | Spartan Financial, 13730 S Point Blvd, Charlotte, NC 28273-7715 |
| 14291315 | + | Tribute, PO Box 790193, Saint Louis, MO 63179-0193 |
| 14364841 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14291316 | + | UPMC Hamot, PO Box 382059, Pittsburgh, PA 15250-0001 |

| District/off: 0315-1 | User: dpas | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| | | |
|---|---|---|
| 14363714 | | UPMC Hamot, PO Box 1123, Minneapolis MN 55440-1123 |
| 14291317 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14306825 | + | Van Ru Credit, 1350 E. Touhy Avenue, Suite 300 E, Des Plaines, IL 60018-3342 |
| 14291319 | | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14337656 | + | Wells Fargo Bank, NA, Default Documents Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14291320 | + | Wells Fargo Home Mortgage, 405 Sw 5th St, Des Moines, IA 50309-4675 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 23 2021 22:37:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 23 2021 22:47:01 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291274 | + | Email/Text: EBNProcessing@afni.com | Dec 23 2021 22:38:00 | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 14291281 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Dec 23 2021 22:38:00 | Ccs/Cortrust Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14645317 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 23 2021 22:37:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14291290 | + | Email/Text: Banko@frontlineas.com | Dec 23 2021 22:38:00 | Frontline Asset Strategies, LLC, 1935 West County Road B2, Suite 425, Saint Paul, MN 55113-2795 |
| 14291291 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2021 22:47:00 | GE Money, PO Box 960013, Orlando, FL 32896-0013 |
| 14291293 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 23 2021 22:38:00 | Internal Revenue Service, Insolvency Unit, P.O Box 628, Pittsburgh, PA 15230 |
| 14291297 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 23 2021 22:38:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 15400584 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 23 2021 22:46:56 | MidFirst Bank,, Attn: Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14291299 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 23 2021 22:38:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14291300 | + | Email/Text: Bankruptcy@natfuel.com | Dec 23 2021 22:38:00 | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 14291301 | + | Email/Text: Bankruptcies@nragroup.com | Dec 23 2021 22:38:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14291306 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2021 22:46:57 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14291307 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2021 22:46:57 | Pra Receivables Management, LLC, As Agent of Portfolio Recovery Assocs., P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14291308 | | Email/Text: bnc-quantum@quantum3group.com | Dec 23 2021 22:38:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14292233 | | Email/PDF: rmscedi@recoverycorp.com | Dec 23 2021 22:47:01 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291309 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 23 2021 22:46:58 | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14291314 | | Email/Text: amieg@stcol.com | Dec 23 2021 22:38:00 | State Collection Service, 2509 S Stoughton Rd, |

Case 16-10888-TPA  Doc 129  Filed 12/25/21  Entered 12/26/21 00:19:59  Desc
Imaged Certificate of Notice  Page 4 of 6

| District/off: 0315-1 | User: dpas | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | | Madison, WI 53716 |
| 14291312 | + Email/Text: enotifications@santanderconsumerusa.com | | Dec 23 2021 22:38:00 | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14306816 | + Email/Text: bankruptcy@sccompanies.com | | Dec 23 2021 22:38:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14306822 | + Email/Text: EBN@thecmigroup.com | | Dec 23 2021 22:37:00 | TW Northeast Ohio Division, C/O Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |
| 14306820 | + Email/Text: DL-ICOMSBankruptcy@charter.com | | Dec 23 2021 22:38:00 | Time Warner Cable, P.O. Box 0901, Carol Stream, IL 60132-0901 |
| 14291318 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Dec 23 2021 22:37:00 | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Regional Acceptance Corporation |
| cr | | Wells Fargo Bank, N.A. |
| cr | | Wells Fargo Bank, NA |
| 14306769 | *+ | Action Recovery, 2425 Thomas Road, Suite 17, Phoenix, AZ 85016-7944 |
| 14306770 | *+ | Adam H. Davis, Esquire, Omni William Penn Tower, 555 Grant Street, Suite 300, Pittsburgh, PA 15219-4408 |
| 14306771 | *+ | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 14306772 | * | Anesthesia Consultants of Erie, PO Box 1149, Erie, PA 16512-1149 |
| 14306773 | * | Aspen Dental, PO Box 3126, Syracuse, NY 13220-3126 |
| 14306778 | * | BMG Music Service, P.O. Box 91502, Indianapolis, IN 46291-0032 |
| 14306776 | *+ | Berkheimer, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14306777 | *+ | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14306779 | *+ | Bureau Of Collection R, 7575 Corporate Way, Eden Prairie, MN 55344-2022 |
| 14306780 | *P++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030, address filed with court:, Ccs/Cortrust Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 14306781 | *+ | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14306782 | * | Clinical Assoc in Radiology, P.C., PO Box 49, Pittsburgh, PA 15230-0049 |
| 14306783 | *+ | Commercial Acceptance, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14306784 | *+ | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14306785 | *+ | ENT Specialists of Northwestern PA, INC, 3580 Peach Street, Erie, PA 16508-2776 |
| 14306786 | *+ | Erie City School District, 148 West 21st Street, Erie, PA 16502-2834 |
| 14306788 | * | First National Collection Bureau, 610 William Way, Sparks, NV 89434 |
| 14306789 | *+ | Frontline Asset Strategies, LLC, 1935 West County Road B2, Suite 425, Saint Paul, MN 55113-2795 |
| 14306790 | *+ | GE Money, PO Box 960013, Orlando, FL 32896-0013 |
| 14306792 | *+ | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 14291294 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14306794 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14306793 | * | Internal Revenue Service, Insolvency Unit, P.O Box 628, Pittsburgh, PA 15230 |
| 14291295 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14306795 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14306796 | *P++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519, address filed with court:, J.C. Christensen & Associates, Inc., P.O. Box 519, Sauk Rapids, MN 56379-0519 |
| 14306797 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14306798 | *+ | Matthew Brushwood, Esquire, Phelan Hallinan LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 360, Pittsburgh, PA 15219-4411 |
| 14306800 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14306801 | *+ | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 14306802 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14306803 | *+ | Nh Northeast Cr Svcs, 41 Simon St, Nashua, NH 03060-3091 |
| 14306805 | *+ | Northland Goup, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14306806 | *+ | Northwest Consumer Discount, 3307 Liberty St, Erie, PA 16508-2558 |

| District/off: 0315-1 | User: dpas | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| | | |
|---|---|---|
| 14306808 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14306807 | *+ | Penelec, 331 Newman Springs Road, Building 3, Red Bank, NJ 07701-5688 |
| 14306809 | *+ | Pra Receivables Management, LLC, As Agent of Portfolio Recovery Assocs., P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14306810 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14306811 | * | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14308971 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14306812 | *+ | Revenue Group, 3700 Park East Dr Ste 24, Beachwood, OH 44122-4305 |
| 14306819 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14306813 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14306815 | *+ | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14306818 | *+ | Spartan Financial, 13730 S Point Blvd, Charlotte, NC 28273-7715 |
| 14306821 | *+ | Tribute, PO Box 790193, Saint Louis, MO 63179-0193 |
| 14306823 | *+ | UPMC Hamot, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14306824 | * | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14306826 | *+ | Verizon, P.O. Box 3037, Bloomington, IL 61702-3037 |
| 14306827 | * | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 14306828 | *+ | Wells Fargo Home Mortgage, 405 Sw 5th St, Des Moines, IA 50309-4675 |
| 14306768 | ##+ | Accont Control Systems, 85 Chestnut Ridge, Suite 113, Montvale, NJ 07645-1836 |
| 14291275 | ## | Anesthesia Consultants of Erie, PO Box 1149, Erie, PA 16512-1149 |
| 14306814 | ##+ | Saint Vincent Institute, 3530 Peach Street LL1, Erie, PA 16508-2768 |

TOTAL: 4 Undeliverable, 51 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor MidFirst Bank mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Allen David Glance ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Mary Kathryn Glance ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Robert P. Wendt | on behalf of Creditor Wells Fargo Bank  NA pawb@fedphe.com |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

William E. Craig
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9