**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | |
|---|---|
| In re:<br>ALLEN DAVID GLANCE<br>MARY KATHRYN GLANCE<br>Debtor(s) | Case No. 16-10888TPA |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/19/2016.

2) The plan was confirmed on 12/08/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 04/20/2017, 07/19/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/08/2021.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $52,278.68.

10) Amount of unsecured claims discharged without payment: $32,499.33.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $103,065.20 |
| Less amount refunded to debtor | $2,032.57 |

**NET RECEIPTS:** $101,032.63

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,200.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,912.07 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $9,112.07

Attorney fees paid and disclosed by debtor: $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT CONTROL SYSTEMS++ | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| ACTION RECOVERY | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 81.08 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 350.40 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CLINICAL LABORATOR | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BUR COL RECO++ | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL ACCEPTANCE++ | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Priority | NA | 17,871.10 | 0.00 | 25,093.60 | 0.00 |
| CREDIT MANAGEMENT LP++ | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| CREDITECH | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| CREDITECH | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING ( | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENT SPECIALISTS OF NW PA | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| ERIE WATER WORKS* | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ERIE WATER WORKS* | Secured | 1,353.32 | 1,695.28 | 1,695.28 | 1,695.28 | 0.00 |
| FNCC | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| FRONTLINE ASSET STRATEGIES++ | Unsecured | 888.00 | NA | NA | 0.00 | 0.00 |
| GUIDE POSTS | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| HOLIDAY FINANCIAL SERVICES | Unsecured | 2,218.65 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 242.11 | 269.76 | 269.76 | 269.76 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 86.13 | 86.13 | 86.13 | 0.00 |
| J C CHRISTENSEN & ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 216.79 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 423.13 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 230.89 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 527.37 | NA | NA | 0.00 | 0.00 |
| MEDCARE EQUIPMENT COMPANY | Unsecured | 199.90 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 50,961.00 | 48,363.51 | 0.00 | 46,425.77 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDFIRST BANK | Secured | 0.00 | 5,111.57 | 5,111.57 | 5,111.57 | 0.00 |
| MIDLAND FUNDING | Unsecured | 2,766.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL FUEL GAS DISTRIB CORP | Unsecured | 1,692.37 | 2,029.20 | 2,029.20 | 2,029.20 | 0.00 |
| NATIONAL RECOVERY AGENCY GRO | Unsecured | 1,709.00 | NA | NA | 0.00 | 0.00 |
| NHNE CREDIT SERVICE | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC. | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | 5,164.20 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | 251.83 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Secured | NA | 6,125.00 | 6,125.00 | 6,125.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | NA | 398.91 | 398.91 | 398.91 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT | Unsecured | NA | 126.35 | 126.35 | 126.35 | 0.00 |
| PENELEC/FIRST ENERGY** | Unsecured | 799.74 | 799.74 | 799.74 | 799.74 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 14,678.00 | 16,489.75 | 1,731.41 | 1,731.41 | 569.71 |
| REVENUE GROUP | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA** | Unsecured | 8,075.82 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| SHOP NOW PAY PLAN | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT HEALTH CENTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT INSTITUTE*++ | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE++ | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC COMMUNITY MEDICINE | Unsecured | NA | 143.10 | 143.10 | 143.10 | 0.00 |
| UPMC HAMOT | Unsecured | 0.00 | 1,012.97 | 1,012.97 | 1,012.97 | 0.00 |
| UPMC HAMOT | Unsecured | 0.00 | 302.06 | 302.06 | 302.06 | 0.00 |
| VAN RU CREDIT++ | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| VERIZON++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 3,018.27 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $46,425.77 | $0.00 |
| Mortgage Arrearage | $5,111.57 | $5,111.57 | $0.00 |
| Debt Secured by Vehicle | $1,731.41 | $1,731.41 | $569.71 |
| All Other Secured | $7,820.28 | $7,820.28 | $0.00 |
| **TOTAL SECURED:** | **$14,663.26** | **$61,089.03** | **$569.71** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $269.76 | $25,363.36 | $0.00 |
| **TOTAL PRIORITY:** | **$269.76** | **$25,363.36** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$4,898.46** | **$4,898.46** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,112.07 |
| Disbursements to Creditors | $91,920.56 |
| **TOTAL DISBURSEMENTS:** | **$101,032.63** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/30/2021         By: /s/ Ronda J. Winnecour
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**